UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAST TEK GROUP, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PLASTECH ENGINEERED PRODUCTS, )<br>INC., )<br>)<br>Defendant. ) | CASE NO. 1:05-cv-1868-DFH-TAB |

ORDER TO SHOW CAUSE

The complaint in this case was filed on December 16, 2005, and the court has reviewed the same as to jurisdictional matters. The complaint attempts to invoke the court's diversity jurisdiction under 28 U.S.C. § 1332. Plaintiff is a limited liability company but has pleaded its citizenship as if it were a corporation. A limited liability company is treated like a partnership, however, so that all of its members and their citizenships must be set forth. See *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE **no later than January 9, 2006**, why this action should not be dismissed for lack of jurisdiction. An amended complaint curing this problem would be a sufficient response.

-2-

So ordered.

Date:  December 19, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

James H. Hanson
SCOPELITIS GARVIN LIGHT & HANSON
jhanson@scopelitis.com

Craig Joseph Helmreich
SCOPELITIS GARVIN LIGHT & HANSON
chelmreich@scopelitis.com