UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAST TEK GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:05-cv-01868-DFH-TAB |
| | ) |
| PLASTECH ENGINEERED PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

The court having this day granted summary judgment in favor of plaintiff Fast Tek Group, LLC, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Fast Tek Group, LLC recover from defendant Plastech Engineered Products, Inc. the sum of One Million One Hundred Seventeen Thousand Forty-Two Dollars and 45 Cents ($1,117,042.45) as principal, plus prejudgment interest totaling One Hundred Eight Thousand Ninety-Nine Dollars and 24 Cents ($108,099.24), plus attorney fees and costs.

Date: August 3, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Copies to:

Niquelle Renee Allen
ICE MILLER LLP
niquelle.allen@icemiller.com

James H. Hanson
SCOPELITIS GARVIN LIGHT & HANSON
jhanson@scopelitis.com

Craig Joseph Helmreich
SCOPELITIS GARVIN LIGHT & HANSON
chelmreich@scopelitis.com

Myra Consetta Selby
ICE MILLER LLP
myra.selby@icemiller.com

Freedom S. N. Smith
ICE MILLER LLP
freedom.smith@icemiller.com