UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAST TEK GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:05-cv-01868-DFH-TAB ) |
| PLASTECH ENGINEERED PRODUCTS, INC., | ) ) ) |
| Defendant. | ) ) |

JUDGMENT AWARDING ATTORNEY FEES AND COSTS

The court having this day granted plaintiff's motion for award of attorney fee and costs, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Fast Tek Group, LLC recover from defendant Plastech Engineered Products, Inc. the sum of One Hundred and Two Thousand Eight Hundred Sixty-four Dollars and Nine Cents ($102,864.09).

Date: November 27, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Niquelle Renee Allen
ICE MILLER LLP
niquelle.allen@icemiller.com

James H. Hanson
SCOPELITIS GARVIN LIGHT & HANSON
jhanson@scopelitis.com

Craig Joseph Helmreich
SCOPELITIS GARVIN LIGHT & HANSON
chelmreich@scopelitis.com

Myra Consetta Selby
ICE MILLER LLP
myra.selby@icemiller.com

Freedom S. N. Smith
ICE MILLER LLP
freedom.smith@icemiller.com